UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF A GRAND JURY INVESTIGATION OF: SEARCH OF INFORMATION ASSOCIATED WITH Ricky.bagola, FACEBOOK ID 100038600205762, THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK INC. | CASE NUMBER 5:20-mc-06<br><br>**MOTION FOR NONDISCLOSURE** |

The United States respectfully applies for an order of nondisclosure to Facebook Inc. under 18 U.S.C. § 2705(b) regarding the Facebook User ID 100038600205762. The United States has sought a search warrant for subscriber information, including all names, addresses, IP addresses, including historical, telephone numbers, other email addresses, information on length and types of services and any means of payment related to this account under the authority given by 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A). Based on § 2703(c)(3), the United States is not required to provide notice to the subscriber. Under § 2705(b), the United States may apply to the court for an order commanding Facebook Inc. not to notify the subscriber(s) of the existence of the search warrant. The court may decide what length of time shall apply to the order of nondisclosure if the court determines the notification to the subscriber(s) could result in one of the five factors listed in the statute, which includes destruction of or tampering with evidence. 18 U.S.C. § 2705(b)(3). Justification for the concern by the United States that such a consequence exists is set forth in the Affidavit in Support of an Application for a Search Warrant.

Dated this 11th day of March, 2020.

                      RONALD A. PARSONS, JR.
                      UNITED STATES ATTORNEY

                      Megan Poppen
                      Assistant United States Attorney
                      515 9th Street, Room 201
                      Rapid City, South Dakota 57701
                      Telephone: (605) 342-7822
                      E-mail: Megan.Poppen@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF A GRAND JURY INVESTIGATION OF: SEARCH OF INFORMATION ASSOCIATED WITH Ricky.bagola, FACEBOOK ID 100038600205762, THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK INC. | CASE NUMBER 5:20-mc-06 **ORDER FOR NONDISCLOSURE** |

The United States having established sufficient cause for delayed notification, I find that immediate notification to the subscribers of the existence of the search warrant may have an adverse result listed in 18 U.S.C. § 2705(b), it is hereby;

ORDERED Facebook Inc. shall not notify any other person, of the existence of the previously served search warrant, related to said account(s) for 180 days.

Dated this 11th day of March, 2020.

BY THE COURT:

_____
DANETA WOLLMANN
United States Magistrate Judge