UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

---

IN THE MATTER OF A GRAND JURY
INVESTIGATION OF:
SEARCH OF INFORMATION
ASSOCIATED WITH Ricky.bagola,
FACEBOOK ID 100038600205762,
THAT IS STORED AT PREMISES
CONTROLLED BY FACEBOOK INC.

CASE NUMBER 5:20-mc-06

**MOTION TO SEAL**

---

The United States hereby moves this Court for an order sealing this matter until further order of the Court, in that this grand jury subpoena was served as a part of an ongoing investigation. Disclosure of information contained in the documents filed with the Court could jeopardize this ongoing investigation

Dated this __11__ day of March, 2020.

RONALD A. PARSONS, JR.
United States Attorney

_/s/ Megan Poppen_
Megan Poppen
Assistant United States Attorney
515 9th Street #201
Rapid City, SD 57701
Telephone: (605)342-7822
Facsimile: (605)342-1108
E-Mail: Megan.Poppen@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

---

IN THE MATTER OF A GRAND JURY
INVESTIGATION OF:
SEARCH OF INFORMATION
ASSOCIATED WITH Ricky.bagola,
FACEBOOK ID 100038600205762,
THAT IS STORED AT PREMISES
CONTROLLED BY FACEBOOK INC.

CASE NUMBER 5:20-mc-06

**ORDER TO SEAL**

---

The United States having moved this Court for an order sealing this matter, and good cause having been shown therefor, it is hereby

ORDERED that this matter be sealed for 180 days to be automatically unsealed by the Clerk of Courts thereafter unless otherwise ordered by the Court.

Dated this 11th day of March, 2020.

BY THE COURT:

_____
DANETA WOLLMANN
United States Magistrate Judge