UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

---

IN THE MATTER OF THE GRAND
JURY INVESTIGATION OF:

THE SEARCH OF INFORMATION
ASSOCIATED WITH THE
FOLLOWING FACEBOOK USER:
USERNAME: RICKY BAGOLA
AND FACEBOOK ID:
100038600205762
THAT IS STORED AT PREMISES
CONTROLLED BY FACEBOOK INC.

Case No. 20-mc-00006

**MOTION TO EXTEND
NON-DISCLOSURE UNDER
18 U.S.C. § 2705 UNDER SEAL**

---

The United States requests that, pursuant to the preclusion of notice provisions of 18 U.S.C. § 2705, Facebook Inc., be ordered not to notify any person (including the subscriber or customer to which the materials relate) of the existence of this search warrant for a period of 180 days or until further order of the Court, for the user IDs listed above.

Such an order is justified because notification of the existence of this search warrant would seriously jeopardize the ongoing investigation. Such a disclosure would give the subscriber(s) an opportunity to destroy evidence, change patterns of behavior, notify confederates, or flee.

WHEREFORE, it is respectfully requested that the Court grant the attached Order directing Facebook Inc., not to disclose the existence of the search warrant or related documents except to the extent necessary to carry out the Order for 180 days unless otherwise ordered by the Court.

Dated this 16th day of August, 2021.

                    DENNIS R. HOLMES
                    Acting United States Attorney

                    Megan Poppen
                    Assistant U.S. Attorney
                    515 9th Street #201
                    Rapid City, SD 57701
                    Telephone: (605)342-7822
                    E-Mail: Megan.Poppen@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

---

IN THE MATTER OF THE GRAND
JURY INVESTIGATION OF:

THE SEARCH OF INFORMATION
ASSOCIATED WITH THE
FOLLOWING FACEBOOK USER:
USERNAME: RICKY BAGOLA
AND FACEBOOK ID:
100038600205762
THAT IS STORED AT PREMISES
CONTROLLED BY FACEBOOK INC.

Case No. 20-mc-00006

**ORDER TO EXTEND
NON-DISCLOSURE UNDER
18 U.S.C. § 2705 UNDER SEAL**

---

IT APPEARING that prior notice of this Order to any person(s) of this investigation or this application and Order entered in connection therewith would seriously jeopardize the investigation, which remains to be ongoing, for the user IDs listed above.

IT IS ORDERED that Facebook Inc. shall not disclose the existence of the search warrant or related documents to the listed subscriber(s) or to any other person for an additional period of 180 days or unless and until authorized to do so by the Court.

Dated this __16th__ day of August, 2021.

BY THE COURT:

Daneta Wollmann
United States Magistrate Judge